IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-00119-FL

| | |
|---|---|
| TAMU ARTIS, for A.M., a Minor ) | |
|     Plaintiff, ) | |
| v. ) | <u>CONSENT ORDER FOR PAYMENT</u> |
| ) | <u>OF FEES AND COSTS PURSUANT TO</u> |
| CAROLYN W. COLVIN, ) | <u>THE EQUAL ACCESS TO JUSTIC ACT</u> |
| Acting Commissioner of ) | |
| Social Security, ) | |
|     Defendant. ) | |
| _____ ) | |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of $5,596.61 for attorney fees in full and final settlement of all claims arising from the above captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned his right to payment of such fees and costs to his attorney:

It is therefore ORDERED, this 16th day of June, 2016, that the Plaintiff shall be, and hereby is, awarded the sum of $5,596.61 for attorney fees in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further

ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney. Provided that the award to Plaintiff is not subject to the Treasury Offset Program,

payment will be made by check payable to Plaintiff's counsel, J. Kevin Morton and mailed to the office address above in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

_____
LOUISE W. FLANAGAN
United States District Judge

CONSENTED TO:

/s/ J. Kevin Morton
J. Kevin Morton
Attorney for Plaintiff
1604 West First Street
Winston-Salem, NC 27104
336-725-0700
jkm@mortondisabilitylaw.com

/s/Cassia W. Parson
CASSIA W. PARSON
Special Assistant United States Attorney
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410) 966-0446
Attorney for Defendant
Maryland Bar